IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:06-CR-147 (Varlan / Guyton) |
| JEFFERSON L. BIVINGS, | ) ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon pretrial motions filed by Defendant Jefferson L. Bivings. The issues raised by Mr. Bivings relate to the introduction of evidence at trial.

The Court observes that the United States has filed a plea agreement under seal as to Jefferson Bivings [Doc. 189] and concludes that the defendant's pretrial motions are now moot.

Accordingly, it is ORDERED:

    1) Motion to Suppress Defendant's Statements **[Doc. 78]** is **DENIED** as moot; and

    2) Motion in Limine **[Doc. 155]** is **DENIED** as moot.

**IT IS SO ORDERED.**

        ENTER:

                s/ H. Bruce Guyton
        United States Magistrate Judge